**Order entered April 28, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00205-CV

### IN RE BYRON CURTIS COOK,
### TRADE RARE, L.L.C., AND JOEL HOCHBERG, Relators

**Original Proceeding from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-04885-2016**

### ORDER
Before the En Banc Court

We **WITHDRAW** our opinion issued July 21, 2020, in this original proceeding and **VACATE** the order of that date.

In accordance with the Court's opinion of this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. We **ORDER** the trial court to issue an order (1) vacating its December 16, 2019 "Order Sustaining Plaintiff's Objection to Defendants' Motion for Leave to Designate Ken Paxton as a Responsible Third Party" and (2) granting relators' September 20, 2019 "Second Amended Motion for Leave to Designate Responsible Third Party."

The Court further **ORDERS** the trial judge to file with this Court, within thirty days of the date of this Order, a certified copy of its order issued in compliance with this Order. A writ will issue only if the trial court fails to comply with this Order.

We **LIFT** the stay imposed by this Court's order of April 30, 2020.

/s/    LESLIE OSBORNE
        JUSTICE